UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
R. DAVIS HOWE, individually and derivatively,

                  Plaintiff,

                  - against -

THE BANK OF NEW YORK MELLON, as
Indenture Trustee, BIMINI CAPITAL
MANAGEMENT, INC., and HEXAGON
SECURITIES LLC,

                  Defendants,

and THE BANK OF NEW YORK MELLON, as
Indenture Trustee, PREFERRED TERM
SECURITIES XX, LTD.,

                  Nominal Defendants.
-----------------------------------------------------------------x

No. 09-CV-10470(HB)

ECF Case

### DECLARATION OF BENJAMIN P. MCCALLEN
### IN SUPPORT OF DEFENDANTS BIMINI CAPITAL MANAGEMENT, INC. AND HEXAGON SECURITIES, LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

BENJAMIN P. MCCALLEN declares as follows:

1. I am a member of the bar of this Court and an associate at Willkie Farr & Gallagher LLP, attorneys for defendant Bimini Capital Management, Inc.

2. I submit this Declaration in support of Defendants Bimini Capital Management, Inc. and Hexagon Securities, LLC's Motion to Dismiss the First Amended Complaint.

3.  Attached hereto are copies of the following documents:

| | |
|---|---|
| Exhibit A | First Amended Complaint, dated Feb. 19, 2010 |
| Exhibit B | Indenture of Preferred Term Securities XX, Ltd., dated Dec. 15, 2005 |
| Exhibit C | Offering Circular of Preferred Term Securities XX, Ltd., dated December 16, 2005 |
| Exhibit D | Amended and Restated Offer to Purchase for Cash All Outstanding Fixed/Floating Rate Capital Securities of Bimini Capital Trust II held by Preferred Term Securities XX, Ltd, dated October 1, 2009 (attached to Notice of Addition of Cash or Stock Payment for Consent and Extension of Response Time for Offer and Request for Direction) |
| Exhibit E | Bimini Capital Management, Inc. 10-Q, filed with the Securities and Exchange Commission on November 11, 2009 |
| Exhibit F | Bimini Capital Management, Inc. Press Release, dated December 11, 2008 |
| Exhibit G | Wall Street Journal Posting to domestic noteholders |
| Exhibit H | Wall Street Journal Posting to European noteholders |
| Exhibit I | Bimini Capital Management, Inc. Press Release, dated January 18, 2009 |
| Exhibit J | Bimini Capital Management, Inc. Press Release, dated April 2, 2009 |
| Exhibit K | Offer to Purchase for Cash All of the Outstanding Fixed/Floating Rate Capital Securities of Bimini Capital Trust, dated June 30, 2009 (attached to Notice of Offer and Request for Direction) |
| Exhibit L | Amended and Restated Offer to Purchase for Cash All Outstanding Fixed/Floating Rate Capital Securities of Bimini Capital Trust II held by Preferred Term Securities XX, Ltd, dated August 26, 2009 (attached to Notice of Increase in Offer Price and Extension of Response Time for Offer and Request for Direction) |

- 3 -

| Exhibit M | Letter from Robert Cauley to Chris Grose, dated June 19, 2009 |
| --- | --- |
| Exhibit N | Opinion Letter, regarding PreTSL XX CDO Cash Tender Offer from Hunton & Williams, dated October 21, 2009 |
| Exhibit O | Bimini Capital Management, Inc. 8-K filed with the Securities and Exchange Commission on October 21, 2009 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 26, 2010

_____
Benjamin P. McCallen