UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R. DAVIS HOWE, individually and derivatively, | 09 Civ. 10470 (HB) |
| Plaintiff, | ECF CASE |
| -against- | |
| THE BANK OF NEW YORK MELLON, as Indenture Trustee, BIMINI CAPITAL MANAGEMENT, INC., and HEXAGON SECURITIES LLC, | |
| Defendants, | |
| and THE BANK OF NEW YORK MELLON, as Indenture Trustee, and PREFERRED TERM SECURITIES XX, LTD., | |
| Nominal Defendants. | |

## DECLARATION OF ROBERT SIDORSKY

ROBERT SIDORSKY, an attorney duly admitted to practice before this Court, declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a shareholder in the firm of Butzel Long, a professional corporation, counsel for plaintiff R. Davis Howe ("Plaintiff") in this action.

2.  I submit this declaration in support of Plaintiff's Consolidated Memorandum in Opposition to the Defendants' and Nominal Defendants' Motions to Dismiss the First Amended Complaint.

3.  Annexed hereto as Exhibit 1 is a copy of an email from Jason R. Norton, Senior Vice President of Hexagon Securities LLC, to Hugh Stephens, dated Nov. 20, 2009.

4.  Annexed hereto as Exhibit 2 is a copy of a Bimini Capital Management, Inc.'s News Release dated November 9, 2009.

191579_2.doc

5. Annexed hereto as Exhibit 3 is a copy of Bimini Capital Management, Inc.'s Annual Report on Form 10-K for the fiscal year ended December 31, 2009 filed with the Securities and Exchange Commission on March 15, 2010.[1]

6. Annexed hereto as Exhibit 4 is a true and correct copy of a Bimini Capital Management, Inc.'s News Release dated January 19, 2010.

7. Annexed hereto as Exhibit 5 is a copy of a Bimini Capital Management, Inc.'s News Release dated April 5, 2010.

8. Annexed hereto as Exhibit 6 is a copy of excerpts of the Offering Circular of Preferred Term Securities XX, Ltd, dated December 7, 2005.

9. Annexed hereto as Exhibit 7 is a copy of a Notice of Consent Request and Offer to Repurchase from The Bank of New York Mellon to Holders of Notes of Preferred Term Securities XVIII, Ltd.

Dated: New York, New York
      April 23, 2010

                                                    s/ Robert Sidorsky
                                                        Robert Sidorsky

---

[1] Plaintiff's counsel has inserted page numbers in the 10-K Report for ease of reference.

191579_2.doc