UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
R. DAVIS HOWE, individually and derivatively, :
:
                          Plaintiff, :
:
               - against - : No. 09-CV-10470 (HB)
:
THE BANK OF NEW YORK MELLON, as : ECF Case
Indenture Trustee, BIMINI CAPITAL :
MANAGEMENT, INC., and HEXAGON :
SECURITIES LLC, : DECLARATION OF
                       Defendants, : BENJAMIN P. MCCALLEN
:
and THE BANK OF NEW YORK MELLON, as :
Indenture Trustee, and PREFERRED TERM :
SECURITIES XX, LTD., :
                    Nominal Defendants. :
:
-----------------------------------------------------------------x

       I, Benjamin P. McCallen, pursuant to 28 U.S.C. § 1746, declare as follows:

       1.     I am associated with the law firm of Willkie, Farr & Gallagher LLP, counsel for Defendant Bimini Capital Management, Inc. ("Bimini") in the above-captioned action. I submit this declaration in support of Defendants' and Nominal Defendants' Motion for Summary Judgment, dated December 7, 2010.

       2.     Annexed hereto are true and correct copies of the following documents:

| EXHIBIT | DOCUMENT | BATES RANGE |
|---|---|---|
| 1 | Memorandum of Law in Support of Motion of Nominal Defendant Preferred Term Securities XX, Ltd. to Dismiss the Amended Complaint, dated March 26, 2010 | |
| 2 | First Amended Complaint, dated February 19, 2010 | |
| 3 | Indenture of Preferred Term Securities XX, Ltd., dated December 15, 2005 | |
| 4 | Excerpts of the transcript of the deposition of Robert Cauley, taken September 28, 2010 (pp. | |

|   |   |   |
|---|---|---|
|   | 37-38; 70-72; 82-83; 105; 119-120; 125; 169-170; 213-214) |   |
| 5 | Excerpts of Bimini 10-Q, for the period ended September 30, 2009) at Note 5 |   |
| 6 | Excerpts of Bimini 10-Q, for period ended March 31, 2009, Management Discussion and Analysis of Financial Condition and Results of Operations, Note 12 |   |
| 7 | Excerpts of Bimini 10-Q, for period ended March 31, 2005 at 23 |   |
| 8 | Excerpts of the transcript of the deposition of Scott Friedland, taken November 12, 2010 (pp. 94-95; 194–195) |   |
| 9 | The News Tribune, Fed Rides to the Rescue, But Will it be Enough?, March 18, 2008. |   |
| 10 | Puzzanghera, Jim, Los Angeles Times, WaMu Failed Because of Run on Bank, Former Regulatory Chief Says, April 17, 2010. |   |
| 11 | Levy, Ari et al., Bloomberg News, IndyMac Seized by U.S. Regulators Amid Cash Crunch, July 11, 2008 |   |
| 12 | Excerpts of the transcript of the deposition of David T. McIndoe, taken October 4, 2010 and October 6, 2010 (p. 20-23; 25-28; 46-50; 57-65; 73-76; 80-107; 121-124; 267-272; 274-275; 279; 400-403; 452) |   |
| 13 | Chart of Bimini stock price attached to Expert Report of Scott Friedland (source of data: Bloomberg L.P.) |   |
| 14 | September 26, 2008 Offer to Purchase for Cash Any and All of the Outstanding Fixed/Floating Rate Capital Securities of Bimini Capital Trust II | BNYM 002541 |
| 15 | Email from Chris Clifton to Robert Cauley, dated November 21, 2008 | BC0000004 |
| 16 | Notice to Investors in PreTSL XX and PreTSL XXI | BC0000020 |
| 17 | Excerpts of the transcript of the deposition of Michael Ludlow, taken September 22, 2010 (pp. 21-23; 60) |   |
| 18 | Excerpts of the transcript of the deposition of Stephen Don Elison, taken October 12, 2010 (pp. 14; 57-60; 119-121; 124-126; 162-169; 181-182; 208-209) |   |
| 19 | Email from Stephen Elison to Greg Cope and Mark Wickersham, dated May 26, 2009 (Pl. Ex. 111) | BNYM 019342 - BNYM 019363 |

| | | |
|---|---|---|
| 20 | Excerpts of the transcript of the deposition of Mark Wickersham, taken October 20, 2010 (pp. 30-32; 39; 90-91; 93-94; 116; 120-124; 157-159; 160-162) | |
| 21 | Email from Stephen Elison to Mark Wickersham, dated June 17, 2009 (Pl. Ex. 113) | BNYM 016918 - BNYM 016920 |
| 22 | Letter from Robert Cauley to Christopher Grose, dated June 19, 2009 (Pl. Ex. 22) | BC0008137 – BC0008138 |
| 23 | Email from Stephen Elison to Greg Cope and Mark Wickersham, dated June 19, 2009 (Pl. Ex. 250) | BNYM 016947 – BNYM 016948 |
| 24 | Email from Chris Grose to Dianne Scott and Mark Koontz, dated June 23, 2009 (Pl. Ex. 116) | PTSXX003217 – PTSXX003221 |
| 25 | Mark Wickersham's handwritten Notes, dated June 23, 2009 (Pl. Ex. 216) | HW_00030887 – HW_00030888 |
| 26 | Unredacted copy of Mark Wickersham's handwritten notes, dated June 23, 2009 (Pl. Ex. 216A) | |
| 27 | Excerpts of the transcript of the deposition of S. Gregory Cope, taken October 20, 2010 (pp. 195-196) | |
| 28 | Email from Michael Ludlow to Robert Cauley, dated June 23, 2009 (Pl. Ex. 172) | BC0003471 – BC0003472 |
| 29 | Email from Greg Cope to Jason Norton, dated October 29, 2009 | HW_00010721 |
| 30 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams and Jack Molenkamp, dated June 24, 2009 (Pl. Ex. 244A) | HW_00031116-00031121 |
| 31 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams and Jack Molenkamp, dated June 24, 2009 (Pl. Ex. 244B) | HW_00031354-31359 |
| 32 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams and Jack Molenkamp, dated June 29, 2009 (Pl. Ex. 244C) | HW_00031439-00031447 |
| 33 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams and Jack Molenkamp, dated June 29, 2009 (Pl. Ex. 244D) | HW_00031360-00031365 |
| 34 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams and Jack Molenkamp, dated June 29, 2009 (Pl. Ex. 244E) | HW_00031366-00031377 |
| 35 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams and Jack Molenkamp, dated June 29, 2009 (Pl. Ex. 244F) | HW_00031448-00031464 |
| 36 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams and Jack Molenkamp, dated June 29, 2009 (Pl. Ex. 244G) | HW_00031466-00031482 |

| | | |
|---|---|---|
| 37 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams and Jack Molenkamp, dated June 29, 2009 (Pl. Ex. 244H) | HW_00031378-00031390 |
| 38 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams and Jack Molenkamp, dated June 29, 2009 (Pl. Ex. 244I) | HW_00031177-00031184 |
| 39 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams, Jack Molenkamp and Members of the Opinion Committee, dated July 7, 2009 (Pl. Ex. 244J) | HW_00030948-00030959 |
| 40 | Memorandum from David McIndoe and Mark Wickersham to Amy Williamsn Jack Molenkamp and Members of the Opinion Committee, dated July 7, 2009 (Pl. Ex. 244K) | HW_00030973-00030984 |
| 41 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams, Jack Molenkamp and Members of the Opinion Committee, dated July 7, 2009 (Pl. Ex. 244L) | HW_00031391-00031402 |
| 42 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams, Jack Molenkamp and Members of the Opinion Committee, dated July 8, 2009 (Pl. Ex. 244M) | HW_00030961-00030972 |
| 43 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams, Jack Molenkamp and Members of the Opinion Committee, dated July 8, 2009 (Pl. Ex. 244N) | HW_00031403-00031414 |
| 44 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams, Jack Molenkamp and Members of the Opinion Committee, dated July 8, 2009 (Pl. Ex. 244O) | HW_00031199-00031210 |
| 45 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams, Jack Molenkamp and Members of the Opinion Committee, dated July 8, 2009 (Pl. Ex. 244P) | HW_00031506-00031518 |
| 46 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams, Jack Molenkamp and Members of the Opinion Committee, dated July 8, 2009 (Pl. Ex. 244Q) | HW_00031222-00031233 |
| 47 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams, Jack Molenkamp and Members of the Opinion Committee, dated July 8, 2009 (Pl. Ex. 244R) | HW_00031519-00031536 |
| 48 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams, Jack Molenkamp and Members of the Opinion Committee, dated July 10, 2009 (Pl. Ex. 244S) | HW_00031546-00031559 |

| 49 | Memorandum from David McIndoe and Mark Wickersham to Amy Williams, Jack Molenkamp and Members of the Opinion Committee, dated July 14, 2009 (Pl. Ex. 244T) | HW_00031560-00031573 |
|---|---|---|
| 50 | Final Hunton opinion analysis memorandum, dated July 14, 2009 (Def. Ex. 26) | HW_00001744 – HW_00001755 |
| 51 | Email from Amy Williams to Mark Wickersham and Jack Molenkamp, dated July 20, 2009 (Pl. Ex. 227) | HW_00031043 – HW 00031045 |
| 52 | Legal opinion of Hunton & Williams LLP, dated October 21, 2009 (Pl. Ex. 197) | BC0001197-0001198 |
| 53 | Email from Christopher Grose to DTCC distributing Notice of Extension of Response Time for Offer and Request for Direction, dated July 30, 2009 | BNYM 005636-005649 |
| 54 | Email from Christopher Grose to DTCC distributing Notice of Increase in Offer Price and Extension of Response Time for Offer and Request for Direction, dated August 27, 2009 | BNYM 006998-007011 |
| 55 | Email from Christopher Grose to Mark Wickersham, dated October 15, 2009 | BNYM 010669-010683 |
| 56 | Email from Christopher Grose to DTCC distributing Notice of Addition of Cash or Stock Payment for Consent and Extension of Response Time for Offer and Request for Direction, dated October 1, 2009 | BNYM 008911-008942 |
| 57 | Email from Chris Grose to Mark Wickersham, dated October 15, 2009 (Pl. Ex. 129) | BNYM 004042 – BNYM 004054 |
| 58 | Excerpts of Bimini 8-K, dated October 21, 2009 | |
| 59 | Excerpts of Expert Report of John E. Costango and Professor Bradford Cornell | |
| 60 | Excerpts of the transcript of the deposition of R. Davis Howe Jr., taken September 20, 2010 (pp. 8-9; 11-12; 15-16; 19; 26-37; 41; 97-99; 105-106; 125-129; 131; 139-140; 191-195; 209-211; 219-223) | |
| 61 | Email from Robert Cauley to Dave Howe, dated September 24, 2008 (Def. Ex. 3) | RDH000298 |
| 62 | Handwritten Notes of Elizabeth Gunn (Def. Ex. 6) | RDH003586 – RDH003587 |
| 63 | Handwritten Notes of R. Davis Howe (Def. Ex. 7) | RDH000009 – RDH000013 |
| 64 | Email from Jim Wingett to Beth Gunn, dated February 20, 2009 (Def. Ex. 42) | BC0006407 – BC0006411 |
| 65 | Excerpts of the transcript of the deposition of Douglas Duncan, taken October 14, 2010 (pp. | |

| | | |
|---|---|---|
| | 79-81; 99-100; 102; 123) | |
| 66 | Email from Jim Wingett to Doug Duncan, dated September 25, 2008 (Def. Ex. 38) | RDH000305 – RDH000307 |
| 67 | Email from Janet Gerber to all Wolf River employees, dated July 27, 2009 (Def. Ex. 14) | RDH001407 - RDH001420 |
| 68 | Email from Beth Gunn to Howe and others, dated September 2, 2009 (Def. Ex. 19) | RDH001457 – RDH001470 |
| 69 | Email from Jim Wingett to R. Davis Howe, Jr. and others, dated October 22, 2009 (Def. Ex. 21) | RDH001509 – RDH001511 |
| 70 | Memorandum of Law in Support of the Motion of Defendant and Nominal Defendant BNY Mellon to Dismiss First Amended Complaint, dated March 26, 2010 | |
| 71 | Reply Memorandum of Law in Support of the Motion of Defendant and Nominal Defendant BNY Mellon to Dismiss First Amended Complaint, dated May 7, 2010 | |
| 72 | Affidavit of Stuart Rothenberg, sworn to March 24, 2010 ("Rothenberg Aff."), Ex. 7 (consent tracker) | |
| 73 | Email from Christopher Grose to Stephen Elison, dated October 20, 2009 | BNYM 019736-019738 |
| 74 | Memorandum of Law in Support of the Motion of Defendants Bimini Capital Management, Inc. and Hexagon Securities, LLC to Dismiss the First Amended Complaint, dated March 26, 2010 | |
| 75 | Reply Memorandum of Law in Support of the Motion the Defendants Bimini Capital Management, Inc. and Hexagon Securities, LLC to Dismiss the First Amended Complaint, dated May 7, 2010 | |
| 76 | Excerpts of Expert Report of Z. Christopher Mercer (Def. Ex. 47) | |
| 77 | Excerpts of Offering Circular of Preferred Term Securities XX, Ltd., dated December 16, 2005 | |
| 78 | Confirmations of Plaintiff's purchases of Income Notes in PreTSL XX | RDH003596-003600 |
| 79 | Rothenberg Aff., Ex. 3 (Specimen Income Note) | |
| 80 | Excerpts of the transcript of the deposition of Christopher Grose, taken September 24, 2010 (pp. 92; 95; 104-105; 108-111; 129) | |
| 81 | Mark Wickersham's handwritten notes, dated May 7, 2009 | HW_0030879-0030880 |
| 82 | Email from Stephen Elison to Mark Wickersham and Greg Cope, dated June 19, 2009 | BNYM 019324 |
| 83 | Email from Greg Cope to Jason Norton, dated | HW_00010721-0010722 |

| | | |
|---|---|---|
| | October 29, 2009 | |
| 84 | Email from Mark Wickersham to Stephen Elison, dated July 9, 2009 | BNYM 017151-53 |
| 85 | Email from Christopher Grose to DTCC distributing Notice of Offer and Request for Direction, dated July 2, 2009 | BNYM 005312-005325 |
| 86 | Email from Christopher Grose to DTCC distributing Notice of Extension of Response Time for Offer and Request for Direction, dated September 11, 2009 | BNYM 007816-007829 |
| 87 | Email from Stephen Elison to Christopher Grose, Christopher Conrady, Elizabeth Howard, Ives Faran, Suewan Johnson and Susan Chu, dated October 19, 2009 | BNYM 019734-019735 |
| 88 | Email from Mark Wickersham to Hunter Haas, Peter Lopez, Stephen Elison and Christopher Grose, dated October 21, 2009 | BC0000358-0000363 |
| 89 | Stipulation and Order of Voluntary Dismissal with Prejudice of Claims Against Hexagon Securities, LLC | |
| 90 | Indenture Schedule A-8 | BNYM 000630 |
| 91 | PreTSL XX "Summary Report" dated December 22, 2009 | BNYM 003075- BNYM 003102 |

I declare under penalty of perjury that the foregoing is true and correct.

_____
Benjamin P. McCallen

Dated:  December 7, 2010
         New York, New York